IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Antoine Lindsay,

Plaintiff(s),

v.

E & R Towing, et al,

Defendant(s).

Case No. 17-cv-5697
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).


☒ in favor of defendant(s) Defendants E & R Towing, Inc., United Road Towing, Inc., URT United Road Towing, Inc., and URT E&R Towing, Inc.
and against plaintiff(s) Antoine Lindsay.
.
Defendant(s) shall recover costs from plaintiff(s).


☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion.


Date: 5/8/2019

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk